IRENE P. BRUEMMER *v.* JAY P. BRUEMMER

It appearing that the parties in the above-entitled case have failed to pursue the appeal from the Superior Court in Hartford County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

No appearance for either party.

Decided October 4, 1977

JOSEPH DEWHIRST *v.* CITY OF BRIDGEPORT

It appearing that the plaintiff in the above-entitled case has failed to prosecute the appeal from the Superior Court in Fairfield County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

No appearance for either party.

Decided October 4, 1977